HOGAN & HARTSON L.L.P  
Richard de Bodo (Bar No. 128199)  
Rachel M. Capoccia (Bar No. 187160)  
1999 Avenue of the Stars, Suite 1400  
Los Angeles, CA 90067  
Telephone: (310) 785-4600  
Facsimile: (310) 785-4601  
E-mail: rdebodo@hhlaw.com  
rmcapoccia@hhlaw.com  

JS6

DORSEY & WHITNEY LLP  
Devan V. Padmanabhan (*pro hac vice*)  
Paul J. Robbennolt (*pro hac vice*)  
50 South Sixth Street, Suite 1500  
Minneapolis, MN 55402-1498  
Telephone: (612) 340-2600  
Facsimile (612) 340-2868  
E-mail: padmanabhan.devan@dorsey.com  
robbennolt.paul@dorsey.com  

Attorneys for Plaintiffs/Counter-Defendants  
DOW JONES & COMPANY, INC. AND  
GENERATE, INC.  

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DOW JONES & COMPANY, INC. and GENERATE, INC., Plaintiffs, v. NETCURRENTS INFORMATION SERVICES, INC. (f.k.a. NETCURRENTS, INC.), Defendants. | Case No. CV08-3741 JFW (RCx)<br><br>Complaint Filed: June 6, 2008<br><br>Assigned to Hon. John F. Walter<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Discovery Cut-Off:   4/15/2009<br>Pre-Trial Conference: 6/12/2009<br>Trial Date:   7/14/2009 |
|---|---|

**ORDER**

The Joint Stipulation for Dismissal Without Prejudice having been considered by the Court,

IT IS HEREBY ORDERED as follows:

1. The above action, including all claims and counterclaims asserted therein, is dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

2. If any party subsequently initiates another action involving one or more of the same patents and some or all of the same parties, that party shall file the claim in this Court, shall file a Notice of Related Case, and shall notify the Court that Local Rule 83-1.2.2 applies.

Dated: December 23, 2008

*[signature]*
Hon. John F. Walter
United States District Judge